| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Starrett, Keith | 2. Court or Organization Southern District of MS | 3. Date of Report 04/17/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 701 North Main Street Suite 228 Hattiesburg, MS 39401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer and Director | M-J-K, Inc. (small ▉ corporation) |
| 2. | Adjunct Professor | University of Southern Mississippi (Fall 2006) |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

2007 MAY -7 A 10: 04 FINANCIAL DISCLOSURE OFFICE RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | Mississippi State Employees Pension Fund; Pension Upon Reaching Age 65 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | University of Southern Mississippi | $ 1,500.00 |
| 2. 2006 | Keith Starrett Self-Employed Retirement Plan and Trust, Insurance Benefit | $ 448.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. AEI - Brooking Center | Construction Litigation Forum, Washington, DC March 29-31, 2006; ($250.00 travel, housing, food and tuition paid). |
| 2. | |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Starrett, Keith | 04/17/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ott Family Partnership | Private Financing of Stock Purchase; 1st Southwest Corp. | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property No. 1; McComb, MS | F | Rent | N | W | | | | | |
| 2. Rental Property No. 2; McComb, MS | E | Rent | N | W | | | | | |
| 3. Rental Property No. 3; McComb, MS | E | Rent | N | W | | | | | |
| 4. Mineral Rights; Pike County | | | | | | | | | |
| 5. MS, Denbury Energy & Pruit Production | E | Royalty | K | W | | | | | |
| 6. Oakhurst Associates LP | | | J | W | | | | | |
| 7. Pike County National Bank | A | Interest | J | T | | | | | |
| 8. Pike County National Bank | A | Dividend | J | T | | | | | |
| 9. First SW Corp. Common Stock | E | Dividend | P1 | T | | | | | |
| 10. AmSouth Bank | A | Interest | K | T | | | | | |
| 11. Royalty Interests Fernwood Field; Pike Co., MS | A | Royalty | J | W | | | | | |
| 12. Timberland Walthall Co., MS; Two Tracts | C | Rent | P1 | W | | | | | |
| 13. Timberland Pike Co., MS 7 tracts | C | Rent | P1 | W | | | | | |
| 14. Timberland Felder's Campground Area, Pike Co. | | . | | | sell | 3-1 | L | E | Prentiss Pittman |
| 15. Walker #1 Oil Investment, Walthall County, MS | A | Royalty | J | W | | | | | |
| 16. Oppenheimer Quest International Value Fund | A | Dividend | J | T | partial sell | 3-1 | J | A | ▬▬▬ |
| 17. Franklin Equity Income Fund | A | Dividend | J | T | partial sell | 3-1 | J | A | ▬▬▬ |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Rising Dividends Fund | A | Dividend | J | T | partial sell | 3-1 | J | A | ▆▆▆ |
| 19. Trust #1 Keith Starrett Self-employed Ret Plan & Trust | | Dividend | | | | | | | |
| 20. All investment decisions involving listed common stocks made | | Royalty | | | | | | | |
| 21. by Independent Investment Advisors | F | Rent | P1 | W | | | | | |
| 22. Assets of Trust | | Interest | | | | | | | |
| 23. SLIAX | A | Dividend | J | T | | | | | |
| 24. SLBAX | A | Dividend | J | T | | | | | |
| 25. ABALX | C | Dividend | M | T | | | | | |
| 26. Alexander & Baldwin | A | Dividend | J | T | | | | | |
| 27. ATI | | | | | sell | 10-12 | J | C | |
| 28. BSET | | | | | sell | 1-10 | J | | |
| 29. Broadwing | | | | | sell | 10-18 | K | C | |
| 30. CENX (Century Aluminum) | | | | | sell | 3-23 | J | D | |
| 31. Cheesecake Facotry | | | J | T | partial sell | 10-16 | J | D | |
| 32. Cleveland Cliffs | A | Dividend | | | sell | 10-16 | J | D | |
| 33. COT | | | | | sell | 1-5 | J | | |
| 34. CREE | | | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A =$1,000 or less
   - B =$1,001 - $2,500
   - C =$2,501 - $5,000
   - D =$5,001 - $15,000
   - E =$15,001 - $50,000
   - F =$50,001 - $100,000
   - G =$100,001 - $1,000,000
   - H1 =$1,000,001 - $5,000,000
   - H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   - J =$15,000 or less
   - K =$15,001 - $50,000
   - L =$50,001 - $100,000
   - M =$100,001 - $250,000
   - N =$250,001 - $500,000
   - O =$500,001 - $1,000,000
   - P1 =$1,000,001 - $5,000,000
   - P2 =$5,000,001 - $25,000,000
   - P3 =$25,000,001 - $50,000,000
   - P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
   - Q =Appraisal
   - R =Cost (Real Estate Only)
   - S =Assessment
   - T =Cash Market
   - U =Book Value
   - V =Other
   - W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EBAY | | | J | T | | | | | |
| 36. KEYW | | | | | sell | 11-9 | J | C | |
| 37. JEQ (Japan Equity Fund) | A | Dividend | | | sell | 11-29 | J | | |
| 38. KEF (Korean Equity Fund) | A | Dividend | J | T | | | | | |
| 39. MNST | | | | | sell | 4-28 | J | D | |
| 40. NCX (Nova Chemicals) | A | Dividend | J | T | | | | | |
| 41. PNRA (Panera Bread Company) | | | J | T | | | | | |
| 42. Phelps Dodge | B | Dividend | | | sell | 4-4 | J | C | |
| 43. PWER (Power One, Inc.) | | | J | T | | | | | |
| 44. QCOM (Qual Comm., Inc.) | | | K | T | | | | | |
| 45. SMTL (Semitool, Inc.) | | | J | T | | | | | |
| 46. SNCI | | | | | sell | 7-26 | J | | |
| 47. LUV (Southwest Airlines) | A | Dividend | | | sell | 4-25 | J | A | |
| 48. STLD | | | | | sell | 5-2 | J | D | |
| 49. Sun Microsystems | | | J | T | | | | | |
| 50. SYNA (Synaptics, Inc.) | | | J | T | partial sell | 9-5 | J | A | |
| 51. VTNC | | | | | sell | 1-5 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GNI | | | | | sell | 1-5 | J | A | |
| 53. ILA (Aquila, Inc.) | | | J | T | | | | | |
| 54. MMT | A | Dividend | J | T | | | | | |
| 55. MIRKQ (Mirant) | | | J | T | | | | | |
| 56. SONC (Sonic Restaurant) | | | | | buy | 5-26 | J | | |
| 57. SONC (Sonic Restaurant) | | | | | sell | 9-20 | J | A | |
| 58. Greenbrier Co. | A | Dividend | J | T | buy | 1-5 | J | | |
| 59. Schnitzer Steel Industries | A | Dividend | J | T | buy | 1-5 | J | | |
| 60. Xilinx Inc. | A | Dividend | J | T | buy | 1-5 | J | | |
| 61. Universal Stainless & Alloy | | | J | T | buy | 1-24 | J | | |
| 62. Martek Biosciences | | | J | T | buy | 3-8 | J | | |
| 63. Pioneer Companies | | | J | T | buy | 3-23 | J | | |
| 64. Quadra Mining | | | J | T | buy | 4-6 | J | | |
| 65. Alliance Resource Partners | A | Dividend | J | T | buy | 4-25 | J | | |
| 66. Contl Airlines Cl B | | | J | T | buy | 5-2 | J | | |
| 67. Frontera Copper | | | J | T | buy | 5-4 | J | | |
| 68. Finisar Corporation | | | J | T | buy | 6-9 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
    (See Column C2)    Q =Appraisal    S =Assessment
     U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sigma Designs | | | J | T | buy | 9-5 | J | | |
| 70. Zinifex | | | J | T | buy | 10-19 | J | | |
| 71. Century Aluminum | | | J | T | buy | 11-1 | J | | |
| 72. XM Satellite Radio | | | J | T | buy | 11-6 | J | | |
| 73. Zoran Corp | | | J | T | buy | 11-9 | J | | |
| 74. Anadigics, Inc. | | | J | T | buy | 11-14 | J | | |
| 75. Valeant Pharmaceuticals Inc. | | | J | T | buy | 11-20 | J | | |
| 76. Rowan Companies | | | J | T | buy | 11-28 | J | | |
| 77. Microvision Warrants | | | J | T | buy | 12-14 | J | | |
| 78. Ikanos Communications | | | J | T | buy | 12-26 | J | | |
| 79. Penn Treaty American CP | | | J | T | buy | 12-29 | J | | |
| 80. Lanoptics LTD | | | J | T | buy | 6-5 | J | | |
| 81. Annunity Purchased General Electric Credit Corp. | D | Interest | L | T | | | | | |
| 82. Timberland, Copiah Co., MS | B | Rent | O | W | | | | | |
| 83. Timberland, Noxubee Co., MS | | | | | sell | 6-1 | L | D | Cooper Carslisle |
| 84. Promissory Note Bolian | A | Interest | J | T | | | | | |
| 85. 1st SW Corp. Common Stock | D | Dividend | | | sell | 12-28 | N | G | Luke Lampton, et |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | al |
| 86. Pike County National Bank Common Stock | A | Dividend | J | T | | | | | |
| 87. Guardian Life Isnsurance Policies | D | Dividend | M | T | | | | | |
| 88. C.D.'s at Various Banks | A | Interest | M | T | | | | | |
| 89. Charles Schwab Brokerage Acct., Personal; All investment | | | | | | | | | |
| 90. decisions made by independent advisors. | | | | | | | | | |
| 91. Alexander & Baldwin, Inc. | A | Dividend | K | T | | | | | |
| 92. Allied Cap Corp New | A | Dividend | K | T | | | | | |
| 93. Aquila Inc | | | J | T | | | | | |
| 94. Baby Bee Bright Corp | | | | | | | | | Became Worthless |
| 95. BJ's Restaurants Inc., (M) | A | Dividend | | | sell | 2-8 | J | | |
| 96. Taiwan Semiconductor | A | Dividend | J | T | partial sell | 7-19 | J | A | |
| 97. Mesabi Trust | A | Dividend | | | sell | 10-23 | J | C | |
| 98. Japan Equity Fund | A | Dividend | | | sell | 11-27 | J | A | |
| 99. Carmax, Inc. | | | | | sell | 12-12 | J | D | |
| 100. American Mold Guard | | | | | sell | 12-26 | J | | |
| 101. Cleveland Cliffs Inc | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. Ebay | | | J | T | | | | | |
| 103. Emerson Electric Co (M) | A | Dividend | K | T | | | | | |
| 104. Hancock John Tax Advn FD(M) | A | Dividend | J | T | | | | | |
| 105. I Flow Corp (M) | | | J | T | | | | | |
| 106. Martek Biosciences Corp (M) | | | | | | | | | |
| 107. Medtronic Inc (M) | | | J | T | | | | | |
| 108. Natl Semiconductor Corp (M) | A | Dividend | K | T | | | | | |
| 109. Phelps Dodge Corporation (M) | A | Dividend | | | sell | 5-4 | L | E | |
| 110. Pioneer Natural Res Co (M) | A | Dividend | K | T | | | | | |
| 111. Qualcomm Inc (M) | A | Dividend | L | T | | | | | |
| 112. Remington Oil & Gas Corp(M) | A | Dividend | | | merger | 6-1 | K | D | |
| 113. Helix Corporation | | | J | T | merger | 6-1 | | | |
| 114. Schnitzer Stl Inds Cl A(M) | A | Dividend | J | T | | | | | |
| 115. Service Master Company(M) | A | Dividend | J | T | | | | | |
| 116. Universal Stain & Alloy(M) | | | J | T | | | | | |
| 117. Alliance Res Partners LP(M) | A | Dividend | J | T | | | | | |
| 118. Enterprise Prd Prtnrs LP(M) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. American Mold Guard | | | | | buy | 4-27 | J | | |
| 120. Quadra Mining | | | J | T | buy | 5-12 | J | | |
| 121. American Mold Guard WTS | | | J | T | buy | 5-26 | J | | |
| 122. Microvision | | | J | T | buy | 5-31 | J | | |
| 123. Microvision Warrants | | | J | T | buy | 3-31 | J | | |
| 124. Freightcar America | A | Dividend | K | T | buy | 6-13 | J | | |
| 125. Best Buy Company | | | J | T | buy | 6-13 | K | | |
| 126. Carmax, Inc. | | | | | buy | 6-14 | J | | |
| 127. Anadigics, Inc. | | | J | T | buy | 9-13 | J | | |
| 128. Panera Bread Company | | | J | T | buy | 9-21 | J | | |
| 129. Ikanos Communications | | | J | T | buy | 12-26 | J | | |
| 130. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 131. investment advisors. Held by Charles Schwab | E | Int./Div. | O | T | | | | | |
| 132. Vitran | | | | | sell | 1-6 | J | A | |
| 133. Int'l Rectifier Corp | | | | | sell | 1-10 | J | A | |
| 134. Cleveland-Cliffs | A | Dividend | J | T | partial sell | 1-31 | J | D | |
| 135. Phelps Dodge Corp | | | | | sell | 2-2 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. Vitran | | | | | sell | 2-7 | J | A | |
| 137. Insteel industries | A | Dividend | | | sell | 2-16 | K | E | |
| 138. Comfort Systems USA | | | | | sell | 3-28 | J | A | |
| 139. Southwest Airlines | A | Dividend | | | sell | 4-25 | J | A | |
| 140. Bristol Myers Squibb | A | Dividend | | | partial sell | 4-25 | J | | |
| 141. Monster Worldwide | | | | | sell | 4-28 | J | D | |
| 142. Bristol Myers Squibb | A | Dividend | | | partial sell | 6-16 | J | | |
| 143. Taiwan Semiconductor | A | Dividend | J | T | partial sell | 7-19 | J | | |
| 144. Allegheny Technology | | | | | sell | 7-26 | J | C | |
| 145. Sonic Innovations | | | | | sell | 7-26 | J | | |
| 146. Japan Equity Fund | | | | | sell | 8-25 | J | A | |
| 147. Oilgear Co | | | | | sell | 9-5 | J | B | |
| 148. Sonic Restaurants | | | | | sell | 9-20 | J | A | |
| 149. Turbochef Technologies | | | | | sell | 9-29 | J | | |
| 150. Fiarchild Semiconductor int'l | | | | | sell | 10-12 | J | | |
| 151. Allegheny Technologies | | | | | sell | 10-12 | J | D | |
| 152. Cleveland-Cliffs | A | Dividend | J | T | partial sell | 10-16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 153. Broadwing Corp | | | | | sell | 10-18 | K | D | |
| 154. M R V C (M R V Comm.) | | | | | sell | 11-03 | J | | |
| 155. Essex Corp | | | | | sell | 11-09 | J | C | |
| 156. Koppers Holdings | A | Dividend | | | sell | 12-18 | J | B | |
| 157. Milacron Inc. | | | | | sell | 12-26 | J | | |
| 158. Exxex Corp | | | J | T | buy | 1-10 | J | | |
| 159. Breakwater Resources Ltd new | | | K | T | buy | 1-20 | J | | |
| 160. Oilgear Co | | | | | buy | 1-31 | J | | |
| 161. Turbochef Technologies | | | | | buy | 1-31 | J | | |
| 162. Energy Conversion Devices | | | J | T | buy | 2-09 | J | | |
| 163. Ikanos communications | | | J | T | buy | 2-15 | J | | |
| 164. Sigma Designs | | | J | T | buy | 2-15 | J | | |
| 165. Koppers Holdings | A | Dividend | | | buy | 2-28 | J | | |
| 166. Comfort Systems | | | | | buy | 3-1 | J | | |
| 167. AK Steel Holding | | | K | T | buy | 3-10 | J | | |
| 168. Sigma Designs | | | K | T | buy | 3-23 | J | | |
| 169. Milacron Inc. | | | | | buy | 3-28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. Quadra Mining | A | Dividend | J | T | buy | 4-6 | J | | |
| 171. Contl Airlines Cl B | | | K | T | buy | 4-25 | J | | |
| 172. Sonic Resaaurants | | | | | buy | 5-26 | J | | |
| 173. Zinifex, LTD. | A | Dividend | J | T | buy | 6-16 | J | | |
| 174. XM Satellite RAdio (XMSR) | | | J | T | buy | 8-25 | J | | |
| 175. Sigma Designs | | | K | T | buy | 9-8 | J | | |
| 176. Panera Bread Company | | | J | T | buy | 9-20 | J | | |
| 177. Ikanos Communications | | | J | T | buy | 10-12 | J | | |
| 178. Greenbrier Co | A | Dividend | J | T | buy | 10-17 | J | | |
| 179. Century Aluminum | | | J | T | buy | 11-1 | J | | |
| 180. Zoran Corp | | | J | T | buy | 11-9 | J | | |
| 181. Anadigics, Inc. | | | J | T | buy | 11-14 | J | | |
| 182. Valeant Pharmaceuticals Inc. | | | J | T | buy | 11-20 | J | | |
| 183. Rowan Companies | | | J | T | buy | 11-28 | J | | |
| 184. Midwest Airgourp Inc. | | | J | T | buy | 12-13 | J | | |
| 185. Penn Treaty American CP | | | J | T | buy | 12-27 | J | | |
| 186. Amgen | | | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. Bancroft Convertible Fund | A | Dividend | J | T | | | | | |
| 188. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 189. Broadwing | | | J | T | | | | | |
| 190. Cheesecake Factory | | | J | T | | | | | |
| 191. Cree Research | | | J | T | | | | | |
| 192. Ebay, Inc. | | | J | T | | | | | |
| 193. Emerson Electric | A | Dividend | J | T | | | | | |
| 194. FCS | | | J | T | | | | | |
| 195. Home Depot | A | Dividend | J | T | | | | | |
| 196. IFLO | | | J | T | | | | | |
| 197. IIIN | | | | | sell | 2-16 | K | E | |
| 198. IRF (International Rectofoer) | | | | | sell | 1-10 | J | A | |
| 199. Korea Equity Fund | A | Dividend | J | T | | | | | |
| 200. American Technology Corp. | | | J | T | | | | | |
| 201. Amazon.com | | | J | T | | | | | |
| 202. Alexander & Baldwin | A | Dividend | J | T | | | | | |
| 203. Altera Corp. | | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. Altair Nanotechnologies | | | J | T | | | | | |
| 205. Lanoptics | | | K | T | | | | | |
| 206. Martek Bioscience | | | J | T | | | | | |
| 207. Microvision | | | J | T | | | | | |
| 208. Nantional Semiconductor | A | Dividend | K | T | | | | | |
| 209. Nova Chemicals | A | Dividend | J | T | | | | | |
| 210. P F Changs Bistro | | | J | T | | | | | |
| 211. Pfizer | A | Dividend | J | T | | | | | |
| 212. Power One | | | J | T | | | | | |
| 213. Qualcomm | A | Dividend | K | T | | | | | |
| 214. Schnifzer Steel | A | Dividend | K | T | | | | | |
| 215. Semitool Inc. | | | J | T | | | | | |
| 216. Southmark | | | | | | | | | Became Worthless |
| 217. Sun Microsystems | | | J | T | | | | | |
| 218. Synaptics, Inc. | | | J | T | | | | | |
| 219. Xilinix Inc. | A | Dividend | J | T | | | | | |
| 220. Alliance Resource Partners | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. IRA #2 All investment decisions are made by independent | | | | | | | | | |
| 222. investment advisors | C | Dividend | K | T | | | | | |
| 223. EBAY | | | J | T | | | | | |
| 224. Greevbrier Co. | A | Dividend | J | T | | | | | |
| 225. Japan Equity Fund | A | Dividend | | | sell | 11-27 | J | A | |
| 226. Massey Energy | A | Dividend | J | T | | | | | |
| 227. AK Steel Holding | A | Dividend | J | T | buy | 3-10 | J | | |
| 228. Lanoptics Ltd | | | J | T | buy | 3-27 | J | | |
| 229. Cleveland Cliffs | A | Dividend | J | T | | | | | |
| 230. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 231. IRA #3 All investment decisions made by independent | | | | | | | | | |
| 232. investment adivsors. | C | Dividend | K | T | | | | | |
| 233. Allied Capitol | A | Dividend | J | T | | | | | |
| 234. COT | | | | | sell | 3-14 | J | | |
| 235. Lyondell Chemical | A | Dividend | J | T | | | | | |
| 236. Schnitzer Steel | A | Dividend | J | T | | | | | |
| 237. Sun Microsystems | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. Servicemaster | A | Dividend | J | T | | | | | |
| 239. Gerdau Ameristeel | A | Dividend | J | T | buy | 2-9 | J | | |
| 240. Broadwing Corp. | | | J | T | buy | 3-2 | J | | |
| 241. Broadwing Corp. | | | | | sell | 10-18 | J | B | |
| 242. AK Steel Holding | A | Dividend | J | T | buy | 3-10 | J | | |
| 243. Lanoptics Ltd | | | J | T | buy | 3-27 | J | | |
| 244. Other assets owned individually by Keith Starrett | | | | | | | | | |
| 245. Charles Schwab Personal Account #2 Brokered CD's | A | Interest | L | T | | | | | |
| 246. Mineral Rights, Amite Co., MS | A | Royalty | J | W | | | | | |
| 247. Mineral Rights, Franklin Co. MS | | | J | W | | | | | |
| 248. Mineral Rights, Walthall Co. MS | | | J | W | | | | | |
| 249. Mineral Rights, Lincoln Co., MS | | | J | W | | | | | |
| 250. Mineral Rights, Copiah Co., MS | | | J | W | | | | | |
| 251. Mineral Rights, Pike Co. MS | A | Rent | J | W | | | | | |
| 252. Mineral Rights, Marion Co., MS | B | Rent | J | W | | | | | |
| 253. Timberland Lincoln Co., MS | | | L | W | | | | | |
| 254. 401 K Plan Deferred Comp State of MS | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. T. Rowe Price International Stock Fund | | | J | T | | | | | |
| 256. Boston C. Premier Value Eq Dailey | | | K | T | | | | | |
| 257. Fayez Sarofin Fund | | | K | T | | | | | |
| 258. ING VP Growth & Income Port-R | | | J | T | | | | | |
| 259. Barclay Int Govt; Credit Bnd Index Fund | | | K | T | | | | | |
| 260. Fidelity Small Cap Stock Fund | | | J | T | | | | | |
| 261. Time Share Condo; New Orleans, LA | | | J | W | | | | | |
| 262. Note and Mortgage Receivable (Magee | E | Interest | N | T | | | | | |
| 263. Note and Mortgage Receivable (Allred) | E | Interest | K | W | | | | | |
| 264. Note and Mortgage Receivable (Ming) | C | Interest | K | T | | | | | |
| 265. Note and Mortgage Receivable (Adams) | B | Interest | J | W | | | | | |
| 266. Assets of M-J-K, Inc., wholly owned by Keith Starrett | D | Int./Div. | L | T | | | | | |
| 267. Note and Mortgage Receivable (Parsons) | | | J | T | | | | | |
| 268. ILA | | | J | T | | | | | |
| 269. FSLB | | | J | T | redemption | 12-4 | J | A | |
| 270. Mirant Corp. | | | J | T | | | | | |
| 271. Motorola, Inc. | | | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. Pioneer National Resources | | | J | T | | | | | |
| 273. REM | | | | | merger | 6-1 | K | D | |
| 274. Helix Corporatiaon | | | J | T | merger | 6-1 | | | |
| 275. Mirant Warrants | | | J | T | | | | | |
| 276. Commercial Lot, Hattiesburg, MS | | | K | T | buy | 6-1 | K | | Mimosa, LLC |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Colmnns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From 2005 Report:

1. I. 3. Father's Estate was closed and I was discharged as administrator.

2. VI. 1, 2, 3, 4, 5 From 2005 report. All paid in full or not required to be reported.

3. VII. Federal Land Bank stock was redeemed when loan was paid off in 2005. (VII. Line 12 on 2005 report). This should have been removed as an asset.

4. VII. 19, 20, 21, 22 This is total income to trust but none was paid out to beneficiary.

5. VII.     106 Martek Biosciences was sold last year and carried forward in error (VII. Line 98 on 2005 report). Sold on public exchange. Value Code J, Gain Code B.

6. VII.     130, 131. This is total income to trust but none was paid out to beneficiary.

7. VII.     138 Comfort Systems was owned at the end of 2005 but inadvertently omitted from the report.

8. VII. 151. Allegheny Technologies was owned at the end of 2005 was inadvertently omitted from the report.

9. VII.     201. Amazon.com was owned at end of 2005 but inadvertently omitted from report.

10. VII.     202. Alexander & Baldwin was owned at the end of 2005 but inadvertently omitted from report.

11. VII.     203. Altera Corp. was owned at the end of 2005 but inadvertently omitted from report.

12. VII.     204 Altair Nanotechnologies was owned at end of 2005 but inadvertently omitted from report.

13. VII.     221, 222. This is income to trust but none was paid out to beneficiary.

14. VII.     231, 232 This is income to trust but none was paid out to beneificary

15. VII.     254 This was income to trust but none was paid out to beneficiary.

16. VII.     265. Note and Mortgage Recievable (Adams) was owned at end of 2005 but inadvertentently omitted from report.

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/17/2007 |

## IX. CERTIFICATION.

     I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

     I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date ____ 4-17-2007 ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544